IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREAT AMERICAN INSURANCE
COMPANY,
      Plaintiff,                                 08cv0405
      v.                                     **ELECTRONICALLY FILED**

PYRAMID POWER SPECIALIST
CORPORATION, THOMAS RUTHERFOORD
INC.,
      Defendants.

THOMAS RUTHERFOORD, INC.,
      Third-Party and Cross-Claim Plaintiff,

      v.

PYRAMID CONSULTING, INC., and
GREGORY A. SIEMER,
      Third-Party Defendants

and PYRAMID POWER SPECIALIST
CORPORATION,
      Cross-Claim Defendant.

## ORDER OF COURT RE: MOTION TO COMPEL

AND NOW, this 26th day of September, 2008, upon consideration of Thomas Rutherfoord, Inc.'s Motion to Compel (doc. no. 49), GAIC's opposition (doc. no. 50) and reply thereto (doc. no. 53), said Motion is GRANTED in PART and DENIED in PART: GAIC shall provide a privilege log relating to Request for Production of Documents No. 64 by October 7, 2008 (unless already provided); otherwise the Motion is DENIED.

                                           s/ Arthur J. Schwab
                                           Arthur J. Schwab
                                           United States District Judge

cc:     All Registered ECF Counsel and Parties